UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Betsy Toman

                             Plaintiff,

v.                                                            Case No.: 1:11–cv–07916
                                                            Honorable Michael T. Mason

Cantigny Foundation, et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 10, 2012:

      MINUTE entry before Honorable Michael T. Mason: Parties having filed their Joint Stipulation of Dismissal, all pending deadlines and hearings in this matter are stricken. This case is dismissed with prejudice, with each party to pay its own attorneys' fees and costs. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.